**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ANA AFSHIN,**

     **Plaintiff,**

**v.**                                                          **Case No: 5:20-cv-40-Oc-PGBPRL**

**REGIONS BANK,**

     **Defendant.**

_____

## ORDER

    Pending before the Court is Defendant Regions Bank's Unopposed Motion to Compel Arbitration (Doc. 23). On January 31, 2020, Plaintiff filed this action pursuant to the Telephone Consumer Protection Act. (Doc. 1.) On July 10, 2020, Defendant filed the instant motion requesting that the Court stay or dismiss this case and compel arbitration of this action pursuant to an "Arbitration and Waiver of Jury Trial" provision contained in the parties' Credit Card Agreement. Defendant recites that Plaintiff consents to the motion, and there appears to be no dispute that the arbitration agreement is enforceable and covers Plaintiff's claims brought in this case.

    Accordingly, upon due consideration, Defendant 's Motion to Compel Arbitration (Doc. 23) is due to be **GRANTED**. Further proceedings in this action are **STAYED** pending completion of arbitration. This action is referred to binding arbitration pursuant to parties' Credit Card Agreement and the Federal Arbitration Act. The Clerk is directed to administratively close this case subject to the right of any party to move to re-open this matter, if necessary, after completion of arbitration, or for good cause shown.

**DONE** and **ORDERED** in Ocala, Florida on July 17, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties